# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

April 12, 2025

Via ECF
The Honorable John P. Cronan
United States District Judge
Southern District of New York

**Re:**  *Stason Sutton v. 1221 Avenue Holdings LLC and Chipotle Mexican Grill of Colorado, LLC*

**Docket No. 1:25-cv-00707 (JPC) (SDA)**

Dear Judge Cronan:

We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to adjourn the April 16, 2025 initial conference to a date after April 23, 2025.  The reason for this request is because plaintiff's counsel will be out of the office and unavailable until April 24, 2025.  This is the first application to adjourn this conference and all parties consent.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

The instant request is granted.  The initial pretrial conference currently
scheduled for April 16, 2025, is adjourned to April 28, 2025, at 3:30 p.m.
The Clerk of Court is directed to close Docket Number 18.

SO ORDERED.
Date: April 14, 2025
New York, New York

JOHN P. CRONAN
United States District Judge